United States District Court
for the

Yvonne F. Brown
Plaintiff
VS

Mayor William Peduto
Defendants
R Daniel Lavelle
Jake Wheatly
Dewitt Walton

Civil Action No

I yvonne F. Brown, Protest and I am Filing A Lawsuit against Elected Officials, Mayor Bill Peduto of the City of Pittsburgh, Allegheny County Penna. 15219, R. Daniel Lavelle Pgh City Council member, Jake Wheatley Jr. State Representative 19th legistative District and Dewitt Walton, Allegheny County, Pennslyvania 15219. He is allegheny County Councilman (15219) All of the above are and continue to distrimate against myself, age 74 years and has health condition under Doctor's Care at Mercy hospital, Pgh. PA 15219. I and the senoir that Live at 715 Mercer (K Leroy Irvis Towers) at The top of Caldwell and Mercy hospital at the Bottom pass Fifth Ave, Pgh PA 15219. However me are Poor and No transportation but Bus useage or pay cash for Car Service

1 of 3

UNITED STATES DISTRICT COURT
for the

Yvonne F. Brown
Plaintiff
vs.
Mayor William Peduto
Defendants

Civil Action No

I believe we are DENIED service because we are Black seniors who elected officials created a hostile enviorment with lack of transportation for entire community.

I protest you are placing me in clear and present DANGER. The community as a whole has been DENIED equal treatment and consideration, Before employment of new Head Promised talk with new chief of Police, yet require Still to go to Lawrenceville (white area) white community, councilman Kraus Year 2018 Failed (Southside) provided buses to 2019 transport Drinking patrons to get safely out of southside. Also Portable toilets. We must stop Race Base Discrimination from Black elected official in Pittsburg,

UNITED STATES DISTRICT COURT
for the

Yvonne F. Brown
Plaintiff
vs.
Mayor William Peduto
Defendants

Civil Action No.

Other Citizens must take 2 Buses in toward and through Downtown Pittsburgh and out of town to get the hospital Mercy that is located at Bottom of Hill pass Fifth Ave, Pgh. PA 15219 The white Blind male resident stated we need to take 1 Bus only We need a bus in the hill to take us to the hospital or a least to Fifth Avenue. We would be willing to have last Bus Stop on Fifth Ave. and we would walk a Block up to Mercy hospital

You must restore Hill Loop Bus consider how an elder Black female has hard time walking must walk from Crawford Square must walk to mercy. Because hard getting on 2 Buses Because as senior we do not have $5.00 for car service to hospital

3 of 3