IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YVONNE F. BROWN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 20-1320 |
| ) | Magistrate Judge Maureen P. Kelly |
| v. ) | |
| ) | |
| MAYOR WILLIAM PEDUTO; R. DANIEL ) | Re: ECF No. 1 |
| LAVELLE; JAKE WHEATLY; and DEWITT ) | |
| WALTON, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff in the above-captioned case has submitted for filing a Civil Rights Complaint and has moved to proceed *in forma pauperis*. ECF No. 1. The motion to proceed *in forma pauperis* is GRANTED and the Clerk is directed to file the Complaint.

**IT IS ORDERED that any and all communication from the Plaintiff to the Court shall be in the form of a pleading or motion that shall be filed with the Clerk of Court at the following address:**

> **Clerk's Office**
> **United States Courthouse Rm. 3110**
> **700 Grant Street**
> **Pittsburgh, PA 15219**

**Copies of pleadings and motions shall not be sent to the judge's chambers. Letters/ correspondence sent to the judge's chambers will not be acknowledged or considered by the Court.**

**It is further ordered that plaintiff must keep the court advised of her current address at all times throughout this litigation. Specifically, plaintiff is ordered to notify the court in writing as to any and all address changes. Plaintiff's failure to do so may result in dismissal**

**of this action.**

        THESE THINGS ARE SO ORDERED this 16th day of October 2020.

                BY THE COURT:

                <u>/s/ Maureen P. Kelly</u>
                MAUREEN P. KELLY
                UNITED STATES MAGISTRATE JUDGE

cc:
    YVONNE F. BROWN
    2633 Brackenridge Street
    Pittsburgh, PA 15219