## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YVONNE F. BROWN**, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 20-1320 |
| | ) | District Judge David S. Cercone |
| v. | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| **MAYOR WILLIAM PEDUTO, R.** | ) | |
| **DANIEL LAVELLE, JAKE WHEATLY,** | ) | |
| **DEWITT WALTON,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 29th day of July, 2021, upon due consideration of plaintiff's complaint and the Report and Recommendation of the Magistrate Judge addressing the same, and after *de novo* review of the record, IT IS ORDERED that [4] the complaint be, and the same hereby is, dismissed for failure to state a claim upon which relief can be granted.

The [5] Report and Recommendation of the Magistrate Judge is adopted as the opinion of the court.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc:   The Honorable Maureen P. Kelly
      United States Magistrate Judge

      (*Via CM/ECF Electronic Mail*)

      Yvonne F. Brown
      2633 Brackenridge Street
      Pittsburgh, PA 15219

      (*Via First Class U.S. Mail*)